**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Romeo ST. ROMAIN,**
**Defendant–Appellant.**

**No. 10–15051**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 9, 2012.

Christopher Bly, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Nicole Marie Kaplan, Stephanie Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant–Appellant.

■

Before EDMONDSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Michael Romeo St. Romain appeals his sentence of imprisonment of 57 months after pleading guilty to one count of conspiracy to defraud the United States by filing false income tax returns. 18 U.S.C. § 286. St. Romain argues that his sentence is unreasonable. We affirm.

We review the reasonableness of a sentence under a deferential standard for abuse of discretion. *Gall v. United States,* 552 U.S. 38, 41, 128 S.Ct. 586, 591, 169 L.Ed.2d 445 (2007).

St. Romain's sentence is reasonable. The sentence is more than a year below the applicable guideline range of 70 to 87 months of imprisonment and less than half the statutory maximum sentence of 120 months of imprisonment. The district court considered St. Romain's argument about his criminal history and immigration status, but the district court was entitled to reject St. Romain's request for a greater variance. The district court did not abuse its discretion.

**AFFIRMED.**